**No. 10-5513. Phyllis Drummond, Petitioner v. Patrick Ryan, Warden, et al.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9609.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7466.